IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    5:07-CR-149-VEH-RRA(001)

JOSE MOISES ALVAREZ-GUTIERREZ

### ORDER

This case comes before the court on the defendant's motion to suppress evidence. (Doc. 30). On June 29, 2007, the magistrate judge issued a report and recommendation, recommending that the motion be denied (doc. 35), and he later issued an order clarifying knock and announce law (doc. 36). The second order also gave the parties until July 2, 2007, to file objections. The time for objections has passed, and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is ADOPTED and his recommendation is ACCEPTED. Wherefore, the motion to suppress is hereby **DENIED**.

DONE, this 6th day of July, 2007.

                                                    **VIRGINIA EMERSON HOPKINS**
                                                    United States District Judge